UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 11-62461-civ-WILLIAMS

EMILIO PINERO,

    Plaintiff,

Vs.

JOGE INVESTMENTS, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

This MATTER is before the Court on *sua sponte* review of the record. On January 11, 2012, this Court granted Defendant's motion to dismiss and dismissed Plaintiff's complaint without prejudice. [D.E. 14]. The Court gave Plaintiff until January 25, 2012, to file an amended complaint. That deadline has passed, and the Plaintiff has not filed an amended complaint. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**, and all deadlines and hearings are **CANCELED**. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers, in Miami, Florida, this 3rd day of February, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1